# EVOLUTIONMETALS



**From:** The Directors
Evolution Metals Corp. ("EMC")
516 S Dixie Hwy 209
West Palm Beach, FL, 33401
United States

**Date:** 6 July 2020

Dear Sir,

You are providing a $200,000.00 USD loan to the company for the sole purpose of EMC's deposit at the court appointed monitor's account at RBC Royal Bank.

- Interest on the loan will begin 6 July 2020 at $219.00 USD per day
- Loan may be paid in full at anytime
- The loan will have a balloon repayment (principal & interest) on repayment date

The loan is solely for EMC's deposit at the court appointed monitor for the acquisition of NAL. The deposit is fully refundable and will be returned to you if we are unsuccessful at our acquisition.

You are receiving equity options in return for your loan

- Common equity at one time the loan size
- You have the option of investing up to $200,000.00 USD of equity at a 100MN USD valuation
- Your options expire 6 July 2022
- Fully exercised options will provide you 0.20% of the common equity of the company
- At the time of issuance, shares will be issued on a non-dilution basis from the authorized share allocation

This agreement has been agreed and accepted by the company on 6 July 2020.

Signed as a deed by Marty Belz    )

..................................................

Marty Belz, Peabody Group

Executed as a deed by EVOLUTION METALS    )

CORP. by its duly authorized director, DAVID WILCOX    )

..................................................

David Wilcox, President & CEO

July 6, 2020

David Wilcox, President
Evolution Metals Corp.
516 S Dixie Hwy 209
West Palm Beach, FL 33401